Dismissed and Memorandum Opinion filed October 14, 2004









Dismissed and Memorandum Opinion filed October 14,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01436-CV

____________

 

LISA WILSON,
Appellant

 

V.

 

STARSTAFF,
INC., Appellee

 



 

On Appeal from the
80th District Court

Harris County, Texas

Trial Court Cause
No. 02-37667

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 21, 2003.

On October 1, 2004, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 14, 2004.

Panel consists of Justices Fowler,
Edelman, and Elliott.[1]











[1]  The Honorable Brady Elliot, Judge of the 268th District Court of
Fort Bend County, sitting by assignment pursuant to Tex. Gov=t Code Ann. ' 74.003(h) (Vernon Supp. 2004).